Shagdar **BOLDMYAGMAR**; Yagaan Altantsetseg; Boldmyagmar Chinzorig; Boldmyagmar Chinbayar, Petitioners,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 08–73814.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 16, 2013.

Filed April 23, 2013.

David Lloyd Pfaff, Law Offices of Gonzales & Pfaff, Sacramento, CA, for Petitioners.

Kristen A. Giuffreda Chapman, Trial, OIL, Barry J. Pettinato, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM *

Shagdar Boldmyagmar petitions for review of the decision of the Board of Immigration Appeals ("BIA") that affirmed the Immigration Judge's ("IJ") decision denying relief. Petitioner's appeal to the BIA did not raise any issue with respect to the

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

translation or his ability to understand and participate in the proceedings. He did not exhaust his administrative remedies with respect to these contentions. *Tall v. Mukasey,* 517 F.3d 1115, 1120 (9th Cir.2008).

Petitioner did advance a general challenge to the adverse credibility findings, but those findings are supported by substantial evidence. Specifically, the record contains numerous inconsistencies, noted by the IJ, concerning the nature and extent of his political involvement, as well as the conduct of the police. As several of these inconsistencies go to the heart of Petitioner's claim, the court must accept the adverse credibility finding. *See Wang v. I.N.S.,* 352 F.3d 1250, 1259 (9th Cir. 2003).

Petition for review is **DENIED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.